**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER KASTIGAR,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL NETWORK, INC., AURORA LOAN SERVICES, LLC (a Lehman Brothers Company), EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS dba MERS and DOES 1 to 100,000 INCLUSIVE,<br><br>Defendants. | Case No. **2:10-cv-00827-JHN-CWx**<br><br>JUDGE: Hon. Jacqueline H. Nguyen<br>CTRM: 790<br><br>**JUDGMENT**<br><br>[Filed concurrently with Request for Entry of Judgment and Notice of Lodging]<br><br>Action Filed: December 11, 2009<br>Action Removed: February 4, 2010 |

///

///

///

///

///

///

///

///

///

///

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

The Court hereby **ORDERS** that the Plaintiff Christopher Kastigar ("Plaintiff") recover nothing from Defendants Aurora Loan Services, LLC ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MERS") and that the action be dismissed, with prejudice, as to Aurora and MERS. This action was decided by the Honorable Judge Jacqueline H. Nguyen on a motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b).

IT IS SO ORDERED.

Dated: May 17, 2010

United States District Court Judge

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION